IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-269-GCM-DCK

| | | |
|---|---|---|
| DONNELL LASHON PEELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendant's "Motion For Summary Judgment" (Document No. 13) filed May 6, 2021.

In accordance with Roseboro v. Garrison, 582 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that he has a right to respond to Defendant's motion. To date, Plaintiff has failed to file his own motion for summary judgment, which was due by March 8, 2021, or any response to Defendant's "Motion For Summary Judgment" (Document No. 13).

**IT IS, THEREFORE, ORDERED** that Plaintiff may file a motion for extension of time, file a motion for summary judgment and/or a response to Defendant's motion, that explains his failure to make appropriate and timely filings in support of his claims, on or before **June 24, 2021**. Failure to file a timely and persuasive motion will likely lead to the dismissal of this lawsuit.

**SO ORDERED**.

Signed: June 10, 2021

David C. Keesler
United States Magistrate Judge