IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20cv269-GCM-DCK

| | |
|---|---|
| DONNELL LASHON PEELE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant. )<br>_____) | ORDER |

    This matter is before the Court upon the memorandum and recommendation of United States Magistrate David C. Keesler, filed October 26, 2021. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. After being granted an extension of time, Plaintiff filed an objection *pro se*. The Court notes that despite multiple opportunities to do so, Plaintiff never filed a Motion for Summary Judgment describing any assignments of error in the ALJ's hearing decision.

    After an independent and thorough review of the magistrate's memorandum, Plaintiff's objections thereto, and a de novo review of the record, the Court concludes that the recommendation to grant the Defendant's Motion for Summary Judgment is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, and the Defendant's Motion for Summary Judgment is GRANTED.

    IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: December 15, 2021

*[Signature]*

Graham C. Mullen
United States District Judge