# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Donnell Lashon Peele, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00269-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of the Social Security Administration, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2021 Order.

December 16, 2021

Frank G. Johns, Clerk
United States District Court